

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-20-00474-CV

Raymond **MONTES**,
Appellant

v.

Rudolfo Buentello **MONTES**,
Appellee

From the 454th Judicial District Court, Medina County, Texas
Trial Court No. 19-03-25678-CV
Honorable Daniel J. Kindred, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE CHAPA, AND JUSTICE VALENZUELA

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED.

We ORDER the costs of this appeal assessed against appellant Raymond Montes.

SIGNED July 28, 2021.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice